SAMBO'S OF RHODE ISLAND, INC.

v.

Shirley A. McCANNA et al.

No. 81–378–M.P.

Supreme Court of Rhode Island.

July 30, 1981.

Lovett & Linder, Ltd., Mark A. Sjoberg, Providence, for petitioner.

Pasquale T. Annarummo, Town Sol., Warren, for respondents.

### ORDER

The petition for writ of certiorari and petitioner's motion for stay are both denied.

WEISBERGER, J., did not participate.